**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

DAWN M. LEHNHARDT,

    Plaintiff,

    v.                       CASE NO. 05-1031

NORDSTROM, INC.,
    A Washington Corporation,

    Defendant.

## STIPULATION OF DISMISSAL

Plaintiff and Defendant hereby stipulate to a voluntary dismissal of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1).

| DAWN M. LEHNHARDT, Plaintiff; | NORDSTROM, INC., Defendant; |
|---|---|
| BY: /s/ James J. Roth | BY: /s/ Randall D. Armentrout |
| James J. Roth, DU 100076 | Randall D. Armentrout, PK0013094 |
| 1400 University Ave., Suite D | 700 Walnut Street, Suite 1600 |
| Dubuque, IA 52001 | Des Moines IA 50309 |
| Tel: 563-557-1111 | Tel: 515-283-8161 |
| Facsimile: 563-557-9775 | Facsimile: 515-283-5045 |
| Email: jroth@rothandhenkels.com | E-Mail: rdarmentrout@nyemaster.com |

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on June 29, 2006 by: ELECTRONICALLY VIA ECF FOR ECF REGISTRANTS.

/s/ Susan M. Tigges